UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN JAMES and ROSETTE MOLNAR ) | CIVIL ACTION NO. |
|    Plaintiffs ) | 3:16-CV-835-VLB |
| ) | |
| v. ) | |
| ) | |
| LOPEZ MOTORS, LLC ) | |
|    Defendant ) | |
| ) | AUGUST 18, 2017 |

## RESTATED PLAINTIFFS' MOTION FOR JUDGMENT

Pursuant to Fed. R Civ. P. 55(b) and this court's July 27, 2017 order (Doc. No. 11), the Plaintiffs hereby move that a Default Judgment be entered in this matter against the Defendant Lopez Motors, LLC in the form of an award of $5,366.00 in actual damages, $7,500.00 in punitive damages, and an order for post judgment interest pursuant to Conn. Gen. Stat. § 37-3a at the rate of 10% per annum. In support of this Motion, the Affidavit of Rosette Molnar[1] and a supporting memorandum of law accompany this motion.

                                                       PLAINTIFFS, JOHN JAMES and ROSETTE MOLNAR,

                                       By:    **_/s/ Brendan L. Mahoney_**
                                                 Daniel S. Blinn, Esq. (ct02188)
                                                 dblinn@consumerlawgroup.com
                                                 Brendan L. Mahoney, Esq. (ct28939)
                                                 bmahoney@consumerlawgroup.com
                                                 Consumer Law Group, LLC
                                                 35 Cold Spring Rd, Suite 512
                                                 Rocky Hill, CT  06067-9997
                                                 Tel (860) 571-0408
                                                 Fax (860) 571-7457

---

[1] Plaintiff submits an identical unexecuted, bold-font version of the affidavit as an annex to the affidavit that complies with chamber rules.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18TH day of August, 2017, a copy of the foregoing Motion for Judgment, Memorandum of Law and Affidavit of Rosette Molnar were filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lopez Motors LLC
Attn: Lee Lopez, Its Managing Member
c/o BMW of Bridgeport
43 North Avenue
Bridgeport, CT

And

Lopez Motors, LLC
773 State Street
Bridgeport, CT 06604

/s/ *Brendan L. Mahoney*
   Brendan L. Mahoney