UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN JAMES and ROSETTE MOLNAR ) | CIVIL ACTION NO. | |
|     Plaintiffs ) | 3:16-CV-835-VLB | |
| ) | | |
| v. ) | | |
| ) | | |
| LOPEZ MOTORS, LLC ) | | |
|     Defendant ) | | |
| _____ ) | APRIL 19, 2018 | |

## PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

The Plaintiffs, John James and Rosette Molnar, hereby move for an award of attorney's fees in the amount of $7,500 to be paid by the defendant, Lopez Motors, LLC. In support of this Motion, Plaintiffs attach the Declaration of Daniel S. Blinn and a supporting Memorandum of Law.

                                          By: /s/ *Daniel S. Blinn*
                                          Daniel S. Blinn (ct02188)
                                          dblinn@consumerlawgroup.com
                                          Brendan L. Mahoney
                                          bmahoney@consumerlawgroup.com
                                          Consumer Law Group, LLC
                                          35 Cold Spring Rd. Suite 512
                                          Rocky Hill, CT  06067
                                          Tel. (860) 571-0408
                                          Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ *Daniel S. Blinn*
                                      **Daniel S. Blinn**